Michael E. Piston
Attorney for Plaintiff
225 Broadway
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BILAL MOAREFI<br>5 Brooks St.<br>Hicksville, NY 11801<br><br>Plaintiff,<br><br>vs.<br><br>JEH JOHNSON, Secretary Department of Homeland Security,<br>Washington, DC 20528<br><br>LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services,<br>20 Massachusetts Avenue, NW<br>Washington, DC 20529<br><br>MARK J. HAZUDA, Director of the United States Citizenship and Immigration Services' Nebraska Service Center,<br>850 S Street Lincoln, NE 68508<br><br>Defendant | Case No.:<br>COMPLAINT |

1

<u>DESCRIPTION OF ACTION</u>

1. This is an action brought by plaintiff, BILAL MOAREFI, A29775613, against the defendants to compel a decision on his application for adjustment of status, which has been pending with the United States Citizenship and Immigration Services since September 17, 2010.

<u>JURISDICTION</u>

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

<u>DESCRIPTION OF PARTIES</u>

3. The plaintiff, BILAL MOAREFI, A29775613 is a citizen of Afghanistan, lawfully residing in the United States as an asylee under 8 U.S.C. § 1158 at 5 Brooks St. Hicksville, NY 11801.

4. The defendant, JEH JOHNSON, is the Secretary of Homeland Security, and as such has the authority to adjudicate applications for asylum. He resides for official purposes in the District of Columbia.

5. The defendant, LEON RODRIGUEZ, is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security, which adjudicates applications for asylum. He resides for official purposes in the District of Columbia.

6. The defendant, MARK J. HAZUDA, is the Director of the Nebraska Service Center of the United States Citizenship and Immigration Services, where plaintiff's application for adjustment of status is believed to be currently pending. He resides for official purposes in the State of Nebraska.

## BRIEF STATEMENT OF RELEVANT FACTS

7. BILAL MOAREFI has been granted asylum in the United States on the basis of political persecution.

8. On June 20, 2005, BILAL MOAREFI filed a Form I-485, Application to Register Permanent Residence or Adjust Status ("application for adjustment of status") with the Immigration and Naturalization Service (INS), for the purpose of adjusting his status to permanent resident pursuant to 8 U.S.C. § 1159 (entitled "Adjustment of Status of Refugees"). See attached Exhibit A.

10. Nevertheless, as of this date, despite the fact that his application has now been pending for over ten (10) years, USCIS has not intimated to BILAL MOAREFI when he may expect a decision in his case.

11. The USCIS's official website indicates that the Nebraska Service Center is currently adjudicating forms I-485 based on a grant of asylum that were filed with it 4 months ago.

## COUNT I

12. Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON

RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and MARK J. HAZUDA, Director of the United States Citizenship and Immigration Services' Nebraska Service Center, are each and all officers or employees of the United States Department of Homeland Security.

13. Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant MARK J. HAZUDA, the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, each and all owe a duty to the Plaintiff to adjudicate his application for adjustment of status within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

14. The period of time in which this application has been pending with Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant MARK J. HAZUDA the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, and their predecessors, is well beyond the time, which these officers or employees reasonably require to adjudicate it.

15. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiff.

16. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court find that the adjudication of BILAL MOAREFI's application for adjustment of status has been unreasonably delayed and compel Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant MARK J. HAZUDA, the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, to adjudicate the Plaintiff's application for adjustment of status in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Respectfully submitted this    day of November 2015.

s/ Michael E. Piston
Michael E. Piston
Attorney for Plaintiff
225 Broadway
Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com